Honorable Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

2/24/15

29,572-10

RE: Corrected Summary Sheet from Brazos County
WR 29,572-10

Dear Mr. Acosta,

I am forwarding you a copy of the corrected Summary Sheet from the Brazos County District Clerk in regards to WR 29,572-10.

Thank you for your attention in this matter.

Very Truly Yours
Thomas Blanchard
Relator

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 02 2015
Abel Acosta, Clerk



Brazos County

**Marc Hamlin**
District Clerk

300 E. 26th St., Suite 216
Bryan TX 77803
(979) 361-4240
(979) 361-0197 fax

February 17, 2015

Blanchard, Thomas TDCJ#1841613
Segoria Unit
1201 E. El Cibolo Rd.
Edinburg, TX 78542

Certified Mail Rec# 70133020000170078500

RE:   Cause No.  12-02861-CRF-272B
      The State of Texas vs. BLANCHARD, THOMAS DUANE

Dear Mr. Blanchard:

Enclosed herewith is a copy of the corrected Summary Sheet that was sent to Court of Criminal Appeals on February 13, 2015 in the above-numbered and styled cause from Brazos County, Texas.

I appreciate your attention to this matter.

Very truly yours,

**Marc Hamlin/ TK**
Marc Hamlin,
District Clerk

cc:
Doug Howell, III. (Asst. D.A.)                          Hand Delivered
Lisa Parker, Court Coordinator 272 District Court       Hand Delivered

BLANCHARD, THOMAS DUANE

APPLICATION FOR
WRIT OF HABEAS CORPUS

TRIAL COURT NO.: 12-02861-CRF-272B

CLERK'S SUMMARY SHEET

APPLICANT'S NAME:   BLANCHARD, THOMAS DUANE

OFFENSE:   POSSESSION OF CONTROLLED SUB. LESS THEN 1 GRAM

SENTENCE: 8 YRS. TDC

TRIAL DATE:   FEBRUARY 1, 2013

JUDGE'S NAME PRESIDING: Honorable Judge Travis Bryan III

APPEAL NO.:   N/A

CITATION TO OPINION: N/A   S.W.Sd:   N/A

HEARING HELD:   _____ YES __X__ NO

FINDINGS & CONCLUSIONS FILED: _X___ YES _____ NO
(Pertaining to the Application for Writ)

RECOMMENDATION: _____ GRANT __X__ DENY _____ NONE
(Trial Courts Recommendation Regarding Application)

JUDGE'S NAME: Honorable TRAVIS BRYAN III
(Judge Presiding over Habeas Proceeding)

PLEA: _X___ NOT GUILTY ____ NOLO CONTENDERE ____ GUILTY